IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMY M. YOUNG, | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | No. 22-4509 |
| | : | |
| WELLS FARGO AUTO, | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this **26th** day of **January 2023**, upon consideration of Defendant Wells Fargo Auto's Motion to Dismiss (ECF No. 5) and the Opposition, Reply, and Sur-reply thereto (ECF Nos. 6, 7, 8), it is hereby **ORDERED** that for the reasons set forth in the accompanying Memorandum, this case will be transferred to the District of New Jersey.

The Clerk of Court is hereby **ORDERED** to transfer the case to the District of New Jersey.

BY THE COURT:

/s/ Chad F. Kenney
_____
CHAD F. KENNEY, JUDGE